IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHANIE R. TURNER,

    Plaintiff,

vs.                                     CASE NO.: 4:08cv357-SPM/WCS

DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA,

    Defendant.
_____/

**ORDER EXTENDING TIME TO RESPOND**
**AND DENYING MOTION TO DISMISS AS MOOT**

This cause comes before the Court on Plaintiff's Motion for One Day Extension of Time to File Response to Motion to Dismiss (doc. 5). Plaintiff's response to Defendant's Motion to Dismiss and Alternative Motion for More Definite Statement (doc. 3) was due on September 2, 2008. On September 3, 2008, Plaintiff filed an amended complaint (doc. 5) to address the arguments raised by Defendant. Whereupon, it is

ORDERED AND ADJUDGED:

1.    Plaintiff's Motion for One Day Extension of Time to File Response to Motion to Dismiss (doc. 5) is granted. The amended complaint is accepted as a timely filed response.

Page 2 of 2

2.      Defendant's Motion to Dismiss and Alternative Motion for More Definite Statement (doc. 3) is denied as moot and without prejudice to Defendant's opportunity to file a new motion directed to the amended complaint.

DONE AND ORDERED this 9th day of September, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:08cv357-SPM/WCS