IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHANIE R. TURNER,

       Plaintiff,

vs.                          CASE NO.: 4:08cv357-SPM/WCS

DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA,

       Defendant.

_____/

## ORDER EXTENDING DISCOVERY DEADLINE

       Upon consideration, the Joint Motion to Extend Discovery Deadline (doc. 26) is granted.  The discovery deadline is extended to May 26, 2009.  All other dates and deadlines remain unchanged.

       DONE AND ORDERED this 6th day of May, 2009.


       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge