IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHANIE R. TURNER,

    Plaintiff,

vs.                              CASE NO.: 4:08cv357-SPM/WCS

DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Resolution (doc. 31), the Mediation Report (doc. 32) advising that all issues have been resolved, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Court retains jurisdiction to enforce the terms and conditions of the settlement agreement.

DONE AND ORDERED this 11th day of June, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge